## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | | |
|---|---|---|
| EMILY FRANKE, | ) | |
| Plaintiff, | ) | Case No. 4:15-cv-00004-ERW |
| v. | ) | |
| CAROLYN COLVIN, Acting Commissioner, of Social Security | ) | |
| Defendant, | ) | |

## **MEMORANDUM AND ORDER**

This matter comes before the Court on Plaintiff's Motion for Attorney Fees pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412 [ECF No. 28].

Plaintiff seeks $3,772.44 in fees, which is for 19.90 hours at $189.57 per hour pursuant to 28 U.S.C. § 2412. Defendant does not object to the amount of attorney fees and agrees Plaintiff should be compensated for these fees in the requested amount from the Social Security Administration.

**IT IS HEREBY ORDERED** that Plaintiff shall be awarded $3,772.44 in attorney fees to be paid by the Social Security Administration. These amounts should be made payable to Plaintiff's attorney after it is determined the claimant does not have any outstanding federal debt subject to collection.

So Ordered this 1st Day of December, 2015.

E. RICHARD WEBBER
SENIOR UNITED STATES DISTRICT JUDGE